**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **VANIA NANGKEANG NKEMETIAH** | **CIVIL DOCKET NO. 3:26-cv-01588** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LISA BOWEN, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

**ORDER**

Before the Court is an EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER PROHIBITING REMOVAL FROM THE UNITED STATES (the "TRO Motion") filed by Petitioner Vania Nangkeang Nkemetiah ("Petitioner").  [Doc. 14].

Upon consideration of the TRO Motion,

IT IS HEREBY ORDERED that Respondents shall file a response to the TRO Motion **by the close of business on July 30, 2026**, addressing how any planned removal of Petitioner to a third country complies with applicable law and agency regulation.

IT IS FURTHER ORDERED that, until the TRO Motion is resolved, Respondents shall notify the Court and Petitioner's provisional counsel at least twenty-four (24) hours in advance of any intended change in Petitioner's status.

THUS, DONE AND SIGNED in Chambers on this 29th day of July 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE