## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

VANIA NANGKEANG NKEMETIAH    CIVIL DOCKET NO. 3:26-cv-01588

VERSUS    JUDGE DAVID C. JOSEPH

LISA BOWEN, ET AL    MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES

## ORDER

Before the Court is an EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER PROHIBITING REMOVAL FROM THE UNITED STATES (the "TRO Motion") [Doc. 14] filed by Petitioner Vania Nangkeang Nkemetiah ("Petitioner"), requesting that the Court enjoin her removal to a third country and allow adjudication of her pending Petition for Writ of Habeas Corpus. The Government represents that Petitioner has been notified of her removal but no removal has been scheduled. The Court ordered an expedited response from the Government, which the Court has now reviewed, along with Petitioner's Reply [Docs. 16, 17].

After consideration and given that removal has not been scheduled, the Court declines to grant the extraordinary remedy of a temporary restraining order on the limited record before it. Accordingly, the TRO Motion is DENIED.

IT IS FURTHER ORDERED that the Government shall promptly notify the Court and Petitioner's provisional counsel of any intended change in Petitioner's status.

THUS, DONE AND SIGNED in Chambers on this 30th day of July 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE